# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 7/20/15**

In re:   Case No.:   15–17283 WIL   Chapter:   7

Jazzmyn M. Flemmings
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:  25 – Amended Reaffirmation Agreement Filed by Jazzmyn M. Flemmings (related document(s)16 Reaffirmation Agreement filed by Creditor 21st Mortgage Corporation). (Sofinowski, Carol)

PROBLEM:  **The following items are deficient for the above pleading, and must be cured by 8/3/15. Part V of the reaffirmation agreement is missing.**

CURE:  File an amended reaffirmation agreement that is complete.

CONSEQUENCE:  Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Carol Sofinowski  410–962–4277

cc:  Debtor(s)
    Attorney for Debtor(s) – PRO SE
    21st Mortgage Corp

Form defntc (11/2013)