

**WENDELIN I. LIPP**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  15–17283 – WIL   Chapter:  7

Jazzmyn M. Flemmings
5415 Sir Douglas Drive
Bryans Road, MD 20616

Deficient Pleading No. – 25

Amended Reaffirmation Agreement

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – PRO SE
      Interested Party – 21st Mortgage Corp., PO Box 477, Knoxville, TN 37901
      Case Trustee – Roger Schlossberg
      U.S. Trustee

## End of Order

14.1 (02/02/2006) – *csofinowski*